■ In the Matter of AARON CALLENDER, Petitioner, v BRIAN FISCHER, Commissioner, New York State Department of Correctional Services, Respondent. [910 NYS2d 758]—Proceeding pursuant to CPLR article 78 (transferred to the Appellate Division of the Supreme Court in the Fourth Judicial Department by order of the Supreme Court, Wyoming County [Mark H. Dadd, A.J.], entered June 8, 2010) to review a determination of respondent. The determination found after a tier III hearing that petitioner had violated various inmate rules.

It is hereby ordered that the determination is unanimously confirmed without costs and the petition is dismissed. Present—Martoche, J.P., Lindley, Sconiers, Pine and Gorski, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JEFFREY LONGHINE, Also Known as JEFFREY D. LONGHINE, Appellant. [910 NYS2d 758]—Appeal from a judgment of the Genesee County Court (Robert C. Noonan, J.), rendered August 25, 2009. The judgment revoked defendant's sentence of probation and imposed a sentence of imprisonment.

It is hereby ordered that the judgment so appealed from is unanimously affirmed. Present—Martoche, J.P., Lindley, Sconiers, Pine and Gorski, JJ.